# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **MARCUS BUTLER, individually and on behalf of all others similarly situated,**<br><br>　　　**Plaintiffs,**<br><br>vs.<br><br>**DIVERSIFIED CONSULTANTS INC.,**<br><br>　　　**Defendant.** | Civil Action Number<br>**3:17-cv-01296-AKK** |

## ORDER

Consistent with the Stipulation of Dismissal, *see* doc. 13, this case is **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties until April 13, 2018 for purposes of enforcing the settlement agreement.

It is further **ORDERED** that the parties shall submit a stipulation of dismissal with prejudice by April 13, 2018. Otherwise after that date, this action will be deemed dismissed with prejudice.

**DONE** the 27th day of October, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**ABDUL K. KALLON**
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE